1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ISSAAC RUIZ,

     Plaintiff,

   v.

JERRY KIMES *et al.*,

     Defendants.

Case No.  C07-5273BHS

ORDER DENYING PLAINTIFF'S
MOTION FOR INJUNCTIVE
RELIEF AS MOOT

  The Court, having reviewed Plaintiffs' complaint (Dkt. 5), the Report and Recommendation of Magistrate Judge J. Kelley Arnold (Dkt. 26), objections to the Report and Recommendation (Dkt. 27), and the remaining record, does hereby find and ORDER:

  (1) The Court declines to adopt the Report and Recommendation as Plaintiff has been afforded the relief he requested in his Motion;

  (2) Plaintiff's Motion for Injunctive Relief and/or for Leave to Amend Complaint (Dkt. 22) is hereby **DENIED as moot**.

  (3) Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Kelley Arnold.

  DATED this 25th day of January, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER