1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
7                              AT TACOMA

8  ISAAC RUIZ,

9            Plaintiff,
                                          Case No. C07-5273BHS
10       v.
                                          ORDER ADOPTING REPORT
11 JERRY KIMES, et al.,                   AND RECOMMENDATION

12           Defendants.

13
        This matter comes before the Court on the Report and Recommendation of the
14
   Honorable J. Kelley Arnold, United States Magistrate Judge (Dkt. 34). The Court having
15
   considered the Report and Recommendation, Plaintiff's failure to file objections, and the
16
   remaining record, does hereby find and order:
17
        (1)    The Court adopts the Report and Recommendation; and
18
        (2)    This action is **DISMISSED** because Plaintiff received the relief requested in
19
               his complaint.
20
        DATED this 22nd day of August, 2008.
21

22

23

24                                        _____
                                          BENJAMIN H. SETTLE
25                                        United States District Judge

26

27

28 ORDER