# United States District Court

WESTERN DISTRICT OF WASHINGTON

ISAAC RUIZ

JUDGMENT IN A CIVIL CASE

v.

JERRY KIMES, et al.,,

CASE NUMBER: C07-5273BHS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED** because Plaintiff received the relief requested in his complaint.

|  |  |
|---|---|
| ___August 26, 2008___ | ___BRUCE RIFKIN___ |
| Date | Clerk |
|  | ___*s/CM Gonzalez*___ |
|  | Deputy Clerk |